UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JOE ANN DOUBLIN,

           Plaintiff,           Case No. 1:14cv1119

v.           Hon. Robert J. Jonker

U.S.I. MACOMB RESIDENTIAL OPP. INC.,
*et al.*,

           Defendants.
_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on September 14, 2015. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed September 14, 2015, is approved and adopted as the opinion of the court. Plaintiff stated that she is unable to come to Michigan, effectively having abandoned this matter.

      **IT IS ORDERED** that defendants motions to dismiss (docket nos. 6, 8 and 18) are **GRANTED**.

      **IT IS ORDERED** that defendant Macomb's motion to dismiss (docket no. 18) is **DENIED** to the extent it seeks relief pursuant to Fed. R. Civ. P. 12(b)(2).

      **IT IS FURTHER ORDERED** that this action is **DISMISSED**.

                              /s/ Robert J. Jonker
                              ROBERT J. JONKER
                        CHIEF UNITED STATES DISTRICT JUDGE

DATED: September 30, 2015.